COMMONWEALTH of Pennsylvania,
Respondent

v.

Armel J. BAXTER, Petitioner

No. 23 EAL 2017

Supreme Court of Pennsylvania.

May 24, 2017

## ORDER

PER CURIAM

**AND NOW,** this 24th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**S.J.P., Petitioner**